# MEMORANDUM DECISIONS

FOREMAN v. STATE. (No. 5151.) (Court of Criminal Appeals of Texas. Oct. 30, 1918.) Appeal from District Court, Bexar County; W. S. Anderson, Judge. Melvin Foreman was convicted of murder, and he appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. This is an appeal from a conviction of murder, without a statement of facts and without any bills of exception. There is nothing presented which can be considered in the absence of these. The judgment is affirmed.

FRAZER v. STATE. (No. 5141.) (Court of Criminal Appeals of Texas. Oct. 23, 1918.) Appeal from District Court, Matagorda County; John M. Green, Judge. Gertrude Frazer was convicted of assault to murder. and she appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. This is a conviction for an assault to murder with the lowest punishment assessed. There is neither a bill of exceptions nor a statement of facts, and nothing raised that can be considered in the absence of these. The judgment is therefore affirmed.

HUGHES v. STATE. (No. 5192.) (Court of Criminal Appeals of Texas. Nov. 13, 1918.) Appeal from Criminal District Court, Dallas County; R. B. Seay, Judge. Clifton Hughes was convicted of robbery, and appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

MORROW, J. The conviction is for robbery, with the punishment fixed at confinement in the penitentiary for five years. There is no statement of facts, and no bills of exception pointing out any errors in the proceeding. We have not discovered any fundamental error in the record. The judgment is affirmed.

HUNT v. STATE. (No. 5174.) (Court of Criminal Appeals of Texas. Nov. 6, 1918.) Appeal from District Court, McLennan County; Richard I. Munroe, Judge. Plez Hunt was convicted of violating the prohibition law, and he appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. Appellant was convicted for violating the prohibition law and punishment assessed at the lowest. There is no statement of facts with the record, which was approved by the trial judge. In the absence of a statement of facts, no question is raised which can be considered upon this appeal. The judgment is therefore affirmed.

KISSINGER v. STATE. (No. 5162.) (Court of Criminal Appeals of Texas. Nov. 6, 1918.) Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge. Frank Kissinger was convicted of receiving stolen property, and he appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of receiving stolen property and awarded two years in the penitentiary. The record is before us, without a statement of facts or bills of exception, except to the charge of the court. These exceptions, in the absence of the statement of facts, cannot be intelligently revised. So far as the indictment is concerned, and what was legitimately provable under it, the court's charge may have been without error, and in fact it may have pertinently and correctly applied the law to the case. The judgment will be affirmed.

LIGGON v. STATE. (No. 5209.) (Court of Criminal Appeals of Texas. Nov. 20. 1918.) Appeal from District Court, Smith County; J. R. Warren, Judge. O. T. Liggon was convicted of murder, and appeals. Affirmed. See, also, 200 S. W. 530. E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This record is before us without a statement of facts or bills of exception. The jury allotted appellant imprisonment in the penitentiary for life under a conviction for murder. There is nothing in the record calling for revision at the hands of the court. The judgment will be affirmed.

MOSHA v. STATE. (No. 5182.) (Court of Criminal Appeals of Texas. Nov. 13, 1918.) Appeal from Austin County Court; W. I. Hill, Judge. B. Y. Mosha was convicted of theft, and he appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This conviction was based upon the alleged theft of $35 by appellant from Will Josey. The matters presented by special charges requested, but refused, and the motion for new trial, in the absence of a statement of facts, do not present questions requiring elucidation or revision. The judgment will be affirmed.

COBO v. RODRIGUEZ. (No. 872.) (Court of Civil Appeals of Texas. El Paso. Nov. 7, 1918. Rehearing Denied Dec. 5, 1918.) Appeal from El Paso County Court at Law; W. P. Brady, Judge. Action by E. S. Rodriguez, as administrator, against Jose Cobo. Judgment for plaintiff, and defendant appeals. Affirmed. M. W. Stanton, of El Paso, for appellant. W. H. Pelphrey, of El Paso, for appellee.

HIGGINS, J. Cobo appeals from an adverse judgment in a forcible detainer suit prosecuted by appellee. The entire transcript and statement of facts have been carefully examined, and appellant's brief considered. The record evidences a clear case of forcible detainer. The errors assigned are technical, and without substantial merit. In our opinion, no reversible error is presented, and the judgment is affirmed.